| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Pasquale Victor Giorgio<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9326<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–35587–MBK | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Pasquale Victor Giorgio
   aka Pat Giorgio

<u>3/4/21</u>                                                   **By the court:** <u>Michael B. Kaplan</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Pasquale Victor Giorgio  
    Debtor

Case No. 17-35587-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 04, 2021 | Form ID: 3180W | Total Noticed: 28 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pasquale Victor Giorgio, 45 Waters Edge Drive, Tuckerton, NJ 08087-2077 |
| cr | + | LOANCARE, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517242382 | + | Ccs/First National Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 517242386 | + | Ditech Financial LLC, Bankruptcy Dept., PO Box 6154, Rapid City, SD 57709-6154 |
| 517270598 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517242383 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Ccs/First Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 517242388 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 518378270 | + | Loancare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 518378271 | + | Loancare, LLC, P.O. Box 8068, Virginia Beach VA 23450, Loancare, LLC, P.O. Box 8068 Virginia Beach VA 23450-8068 |
| 517242392 | + | Nationstar, Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9094 |
| 517275769 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 517242394 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517366710 | + | Veripro Solutions,Inc., PO BOX 3572, Coppell, TX 75019-5538 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2021 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2021 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: CHRM.COM | Mar 05 2021 01:28:00 | Santander Consumer USA Inc. dba Chrysler Capital a, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 517242380 | + | EDI: TSYS2.COM | Mar 05 2021 01:28:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517242381 | | EDI: CAPITALONE.COM | Mar 05 2021 01:28:00 | Capital One Bank Usa, 15000 Capital One Dr, Richmond, VA 23238 |
| 517350564 | + | EDI: CHRM.COM | Mar 05 2021 01:28:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 517348464 | | EDI: CAPITALONE.COM | Mar 05 2021 01:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517242385 | + | EDI: DRIV.COM | Mar 05 2021 01:28:00 | Chrysler Capital, c/o Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: 3180W | Total Noticed: 28 |

| 517242384 | + EDI: CHRM.COM | | | |
| | | Mar 05 2021 01:28:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 517242389 | + EDI: IRS.COM | | |
| | | Mar 05 2021 01:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517360444 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Mar 04 2021 21:43:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517242390 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Mar 04 2021 21:44:33 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517242393 | + EDI: DRIV.COM | | |
| | | Mar 05 2021 01:28:00 | Santander Consumer USA, 5201 Rufe Snow Drive, North Richland Hills, TX 76180-6036 |
| 517242395 | + EDI: RMSC.COM | | |
| | | Mar 05 2021 01:28:00 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517367291 | + EDI: AIS.COM | | |
| | | Mar 05 2021 01:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517242387 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, First Svgs BK-Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108 |
| 517242391 | ##+ | Morris View Healthcare Center, 540 W. Hanover Ave., Morris Plains, NJ 07950-2152 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor LoanCare LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LoanCare LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 04, 2021 | Form ID: 3180W | Total Noticed: 28 |

Harold N. Kaplan
    on behalf of Creditor LoanCare LLC hkaplan@rasnj.com informationathnk@aol.com

Harold N. Kaplan
    on behalf of Creditor LOANCARE LLC hkaplan@rasnj.com, informationathnk@aol.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. dba Chrvsler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor Ditech Financial LLC smncina@raslg.com

Sindi Mncina
    on behalf of Creditor LOANCARE LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor Pasquale Victor Giorgio courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 12